SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, VICENTA MUNOZ-PERALTA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:11–CR-0299-AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | ) ) | |
| VICENTA MUNOZ-PERALTA, | ) ) | Date:  Monday, November 26, 2012 Time:  10:00 a.m. |
| Defendant. | ) ) | Courtroom:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through her attorney of record, that the time set for the Hearing on the Report of the Probation Officer currently set on Monday, November 26, 2012 at 10:00 a.m. be continued to Monday, December 10, 2012 at 10:00 a.m; the time for filing Informal Objections be continued from November 5, 2012 to November 19, 2012 and the time set for filing Formal Objections continued from November 19, 2012 to December 3, 2012. The reason for this continuance is that counsel's computer system crashed and caused disruption in the office and delayed the preparation of the defendant's Informal Objections. Government counsel, Henry Z. Carbajal, III has no objection to this continuance.

Respectfully submitted,

DATED: November 5, 2012         /s/   Salvatore Sciandra
                                SALVATORE SCIANDRA
                                Attorney for Defendant,
                                VICENTA MUNOZ-PERALTA

///

1  / / /

2  / / /

3  / / /

4  DATED:  November 5, 2012                    /s/   Henry Z. Carbajal, III
                                                HENRY Z. CARBAJAL, III
5                                               Assistant United States Attorney

6

7                                  **ORDER**

8  IT IS SO ORDERED.

9
   Dated:     November 6, 2012
10                                              _____
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. VICENTA MUNOZ-PERALTA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CASE NUMBER: 1:11–CR-0200-AWI                                              2